# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134821

DAVID HERBERT, #219463

      Plaintiff-Appellant,

v

                                                    SC: 134821

GENESEE CIRCUIT JUDGE,                    CoA: 278203

      Defendant-Appellee.
_____

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of September 10, 2007, the Clerk of the Court is hereby directed to close this file.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2007

                                               Clerk

jm